[No. 5417-5-II.   Division Two.   October 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JON FEDERICI, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. C-2267, Herbert E. Wieland, J., entered February 27, 1981. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.

[Nos. 5052-8-II; 5308-0-II.   Division Two.   October 4, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES ARTHUR HUSTON, *Appellant.*

Appeals from a judgment of the Superior Court for Pierce County, No. 56836, Robert A. Jacques, J., entered September 15, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 5845-6-II.   Division Two.   October 5, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. STANLEY HITE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81-1-00133-7, Thomas A. Swayze, Jr., J., entered June 18, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

[No. 4636-2-III.   Division Three.   October 7, 1982.]

BARRY J. CLIFT, ET AL, *Appellants,* v. DONALD L. NELSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whitman County, No. 27491, Patrick McCabe, J., entered June 6, 1981. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.